[No. 7423-1-II.  Division Two.  May 20, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JERRY
L. DIERKER, *Appellant.*

Appeal from a judgment of the Superior Court for Mason
County, No. 83-1-00026-2, Hewitt A. Henry, J., entered
November 18, 1983. *Affirmed* by unpublished opinion per
Munson, J., concurred in by Green, C.J., and McInturff, J.

[No. 7807-4-II.  Division Two.  May 20, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
Z. CULVER, *Appellant.*

Appeal from a judgment of the Superior Court for Pierce
County, No. 83-1-01709-4, Robert H. Peterson, J., entered
May 23, 1984. *Affirmed* by unpublished opinion per Mun-
son, J., concurred in by Green, C.J., and McInturff, J.

[No. 7690-0-II.  Division Two.  May 20, 1986.]

THE STATE OF WASHINGTON, *Respondent,* v. JIM R.
PARMELEE, *Appellant.*

Appeal from a judgment of the Superior Court for Clark
County, No. 83-1-00107-2, Thomas L. Lodge, J., entered
March 15, 1984. *Affirmed* by unpublished opinion per
Green, C.J., concurred in by McInturff and Thompson, JJ.

[No. 14231-3-I.  Division One.  May 21, 1986.]

YVONNE M. QUIROGA, *Appellant,* v. SHIP SCALERS, DRY
DOCK AND MISCELLANEOUS BOAT YARD WORKERS
UNION, L.I.U.N.A., LOCAL 541, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 81-2-15627-4, James A. Noe, J., entered
December 15, 1983. *Affirmed* by unpublished opinion per
Webster, J., concurred in by Swanson and Grosse, JJ.